ATTORNEY GRIEVANCE COMMISSION    \*    IN THE
OF MARYLAND                  COURT OF APPEALS
           Petitioner,        \*    OF MARYLAND

                                       \*    Misc. Docket AG No. 37
v.

                                       \*    September Term, 2018
SETH ADAM ROBBINS

                                       \*
           Respondent

# <u>ORDER</u>

This matter came before the Court on the Joint Petition for 60-day Suspension by Consent filed by the Attorney Grievance Commission of Maryland and the Respondent, Seth Adam Robbins.   The Court having considered the Joint Petition and the record herein, it is this 12th day of December 2018;

ORDERED, by the Court of Appeals of Maryland, that the Respondent, Seth Adam Robbins, be and hereby is suspended from the practice of law in the State of Maryland for sixty (60) days, retroactively effective from September 28, 2018, for violations of Rule 1.4 and 1.7 of the Maryland Rules of Professional Conduct, and it is further

ORDERED, that Respondent is not automatically reinstated upon the expiration of the period of suspension, pursuant to Maryland Rule 19-751, and it is further

ORDERED, that the Clerk of this Court shall strike the name of Seth Adam Robbins from the register of attorneys in the Court and certify that fact to the trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document " authentic.

                                               /s/ Clayton Greene Jr.
                                                   Senior Judge



Suzanne C. Johnson, Acting Clerk